IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 2:17-CR-021-D |
| | § | |
| SERGIO GABRIEL ESTRADA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The government's October 22, 2018 motion for reduction in sentence is granted.[*] The court modifies its judgment filed on October 23, 2017 as follows.

The judgment is modified at page 2 so that the portion of the sentence that reads:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Forty-six (46) months as to count 2.

is modified to read:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Thirty-Four (34) months as to count 2.

In all other respects the original judgment and sentence of the court shall stand as entered.

---

[*]The government requests, *inter alia*, that the order granting the motion be permanently sealed. The court concludes that the government's motion should be permanently sealed but that the court's order should be a public document.

The clerk of court shall provide copies of this memorandum opinion and order to the usual recipients, and shall also transmit a copy to the Bureau of Prisons.

**SO ORDERED**.

November 16, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE